DANIEL F. GAINES, ESQ. SBN 251488
daniel@gaineslawfirm.com
ALEX P. KATOFSKY, ESQ. SBN 202754
alex@gaineslawfirm.com
EVAN S. GAINES, ESQ. SBN 287668
evan@gaineslawfirm.com
**GAINES & GAINES, APLC**
27200 Agoura Road, Suite 101
Calabasas, California 91301
Telephone: (818) 703-8985
Facsimile: (818) 703-8984

Attorneys for Plaintiffs ANTHONY MEDRANO and NICOLA GALASSI, individually and on behalf of all similarly situated individuals

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MEDRANO and NICOLA GALASSI, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PARTY CITY CORPORATION, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: 2:16-cv-02996-WBS-EFB<br><br>**STIPULATION RE: PLAINTIFFS' MOTION TO REMAND; [PROPOSED] ORDER**<br><br>Date: March 6, 2017<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor<br>Judge: William B. Shubb |

Plaintiffs ANTHONY MEDRANO and NICOLA GALASSI ("Plaintiffs") and Defendant PARTY CITY CORPORATION ("Defendant") (jointly, the "Parties") by and through their respective counsel of record hereby stipulate as follows and mutually request that the Court approve and enter the proposed Order in accordance with this Stipulation.

**STIPULATION**

1. On January 30, 2017, Plaintiffs filed a motion for an order pursuant to 28 U.S.C. § 1447 remanding this Action back to the Superior Court for the State of California (the "Motion").

2. Defendant filed its opposition to Plaintiffs' Motion on February 21, 2017 (the "Opposition").

3. Plaintiffs' Motion is currently set for hearing on March 6, 2017 at 1:30 p.m. in Courtroom 5 of the above-entitled Court.

4. The Parties have discussed the Motion and Opposition and agree to the following:

- Defendant will not assert, argue or take the position at any time going forward in this matter that this Court lacks jurisdiction, under Article III of the United States Constitution or otherwise, to adjudicate this case;

- Defendant will amend its answer to remove the second sentence of the First Affirmative Defense. Specifically, Defendant's Amended Answer will delete the words, "Plaintiffs have not alleged a concrete and particularized harm but rather a bare procedural violation, and therefore lack standing under Article III of the United States Constitution." A copy of the proposed Amended Answer is attached hereto as Exhibit "A."

- Plaintiffs withdraw their Motion and request that the court vacate the hearing.

**IT IS SO STIPULATED.**
DATED: February 28, 2017         GAINES & GAINES
                                 A Professional Law Corporation


                                 By: /s/ *Daniel F. Gaines*
                                     DANIEL F. GAINES
                                     Attorneys for Plaintiffs
/ / /

-1-
STIPULATION RE: PLAINTIFFS' MOTION TO REMAND; [PROPOSED] ORDER

DATED:  February 27, 2017                FOX ROTHSCHILD LLP

By: */s/ Tyreen G. Torner (\*as authorized on 2/24/17)*
    DAVID FAUSTMAN
    TYREEN G. TORNER

Attorneys for Defendant

### **ORDER**

Pursuant to the Stipulation above, the Court orders the following:

1.   Defendant will not assert, argue or take the position at any time going forward in this matter that the Court lacks jurisdiction, under Article III of the United States Constitution or otherwise, to adjudicate this case;

2.   Defendant is granted leave to file an amended answer that removes only the language in the second sentence of the First Affirmative Defense as follows: "Plaintiffs have not alleged a concrete and particularized harm but rather a bare procedural violation, and therefore lack standing under Article II of the United States Constitution."

3.   Plaintiffs' Motion for Remand is deemed withdrawn and the March 6, 2017 hearing is vacated.

Dated:  February 28, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE