DAVID F. FAUSTMAN, SBN 81862
TYREEN G. TORNER, SBN 249980
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone:   (415) 364-5546
Facsimile:   (415) 391-4436
Email:   dfaustman@foxrothschild.com
         ttorner@foxrothschild.com

ANDREW W. RUSSELL, SBN 280669
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:   (310) 598-4150
Facsimile:   (310) 556-9828
Email:   arussell@foxrothschild.com

Attorneys for Defendant
PARTY CITY CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MEDRANO and NICOLA GALASSI, individually and on behalf of all similarly situated individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>PARTY CITY CORPORATION, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:16-cv-02996-WBS-EFB<br><br>**STIPULATION BY PARTIES TO EXTEND THE DEADLINE FOR RULE 26 INITIAL DISCLOSURES; [~~PROPOSED~~ ORDER]**<br><br><br>The Honorable William B. Shubb, Senior United States District Judge |

1

1    Defendant PARTY CITY CORPORATION ("Defendant") and Plaintiffs ANTHONY

2  MEDRANO and NICOLA GALASSI ("Plaintiffs") (jointly, the "Parties") by and through their

3  respective counsel of record hereby stipulate as follows and mutually request that the Court approve

4  and enter the proposed Order in accordance with this Stipulation.

5                                      **STIPULATION**

6       1.       The Parties hereby agree to extend the deadline for Rule 26 initial disclosures to May

7  1, 2017.

8  **IT IS SO STIPULATED**

9

10  DATED:  March 29, 2017                   Respectfully submitted,

11                                           FOX ROTHSCHILD LLP

12                                      By:  */s/ Andrew W. Russell*_____

13                                           DAVID F. FAUSTMAN
                                             TYREEN G. TORNER
14                                           ANDREW W. RUSSELL
                                             Attorneys for Defendant
15

16  DATED:  March 29, 2017                   Respectfully submitted,

17                                           GAINES & GAINES

18                                      By:  */s/ Miriam Schimmel* (authorized per 3/29/17 email*)*___
                                             DANIEL F. GAINES
19                                           ALEX P. KATOFSKY
                                             MIRIAM L. SCHIMMEL
20                                           Attorneys for Plaintiffs

21

22                                      **ORDER**

23  Pursuant to the Stipulation above, the Court orders that the deadline for the Parties to make their

24  Rule 26 initial disclosures is extended to May 1, 2017.

25  Dated:  March 29, 2017

26  _____

27  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

28

2

STIPULATION RE: EXTENSION FOR INITIAL DISCLOSURES       Case No. 2:16-cv-02996-WBS-EFB__

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE: EXTENSION FOR INITIAL DISCLOSURES      Case No. 2:16-cv-02996-WBS-EFB__