UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ANTHONY MEDRANO and NICOLA GALASSI, on behalf of themselves and all similarly situated individuals,<br><br>    Plaintiffs,<br><br>  v.<br><br>PARTY CITY CORPORATION and DOES 1 through 10, inclusive,<br><br>    Defendants. | CIV. NO. 2:16-2996 WBS EFB |
| JOAN PASINI, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>PARTY CITY CORPORATION; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CIV. NO. 2:17-962 TLN CKD |

| | |
|---|---|
| 1 | ----oo0oo---- |
| 2 | Examination of the above-entitled actions reveals that |
| 3 | they are related within the meaning of Local Rule 123(a), because |
| 4 | both cases allege claims against Party City Corporation for |
| 5 | violations of the Fair and Accurate Credit Transactions Act |
| 6 | ("FACTA"), 15 U.S.C. §§ 1681 et seq., based upon the printing of |
| 7 | the expiration date of a credit card on customer receipts. |
| 8 | Accordingly, the assignment of the matters to the same judge is |
| 9 | likely to effect a substantial saving of judicial effort and is |
| 10 | also likely to be convenient for the parties. |
| 11 | The parties should be aware that relating the cases |
| 12 | under Local Rule 123 merely has the result that both actions are |
| 13 | assigned to the same judge; no consolidation of the actions is |
| 14 | effected. Under the regular practice of this court, related |
| 15 | cases are generally assigned to the judge and magistrate judge to |
| 16 | whom the first filed action was assigned. |
| 17 | IT IS THEREFORE ORDERED that the actions denominated |
| 18 | Medrano v. Party City Corp., Case No. 2:16-cv-2996 WBS EFB, and |
| 19 | Pasini v. Party City Corp., Case No. 2:17-cv-962 TLN CKD, be, and |
| 20 | the same hereby are, deemed related. The case denominated Pasini |
| 21 | v. Party City Corp., Case No. 2:17-cv-962 TLN CKD, shall be |
| 22 | reassigned to the Honorable WILLIAM B. SHUBB. Any dates |
| 23 | currently set in the reassigned case only are hereby VACATED. |
| 24 | Henceforth, the captions on documents filed in the reassigned |
| 25 | case shall be shown as Pasini v. Party City Corp., Case No. 2:17- |
| 26 | cv-962 WBS EFB. |
| 27 | IT IS FURTHER ORDERED that the Clerk of the Court make |
| 28 | |

an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated: May 9, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE