1  DAVID F. FAUSTMAN, SBN 81862
   L. PETER RYAN, SBN 134291
2  FOX ROTHSCHILD LLP
   345 California Street, Suite 2200
3  San Francisco, CA 94104
   Telephone:   (415) 364-5546
4  Facsimile:   (415) 391-4436
   Email:   dfaustman@foxrothschild.com
5            pryan@foxrothschild.com

6  ANDREW W. RUSSELL, SBN 280669
   FOX ROTHSCHILD LLP
7  1800 Century Park East, Suite 300
   Los Angeles, CA 90067
8  Telephone:   (310) 598-4150
   Facsimile:   (310) 556-9828
9  Email:   arussell@foxrothschild.com

10 Attorneys for Defendant
   PARTY CITY CORPORATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MEDRANO and NICOLA GALASSI, individually and on behalf of all similarly situated individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>PARTY CITY CORPORATION, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:16-cv-02996-WBS-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES FOR ALL PURPOSES**<br><br>Trial Date:    April 10, 2018 |
| JOAN PASINI, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PARTY CITY CORPORATION; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:17-CV-962-WBS-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES FOR ALL PURPOSES**<br><br>Trial Date:    Not Set |

WHEREAS, on November 17, 2016, Plaintiffs Anthony Medrano ("Medrano") and Nicola Galassi ("Galissi") filed a Class Action Complaint entitled *Anthony Medrano et al. v. Party City Corporation*, Case No. STK-CV-UBT-2016-11712 in the Superior Court of the State of California for the County of San Joaquin, alleging a single cause of action for violation of 15 U.S.C. §§ 1681 against Defendant Party City Corporation ("Party City");

WHEREAS, on December 2, 2016, Party City removed the state court action to this Court, where the case has been assigned Case No. 2:16-cv-02996-WBS-EFB;

WHEREAS, on May 7, 2017, Plaintiff Joan Pasini ("Pasini") filed a Class Action Complaint in this Court entitled *Joan Pasini v. Party City Corporation*, Case No. 2:17-CV-962-WBS-EFB, alleging the same single cause of action for violation of 15 U.S.C. §§ 1681 *et seq.* against Defendant Party City.

WHEREAS, on May 9, 2017, this Court deemed *Anthony Medrano v. Party City Corporation*, Case No 2:16-cv-02996-WBS-EFB, and *Joan Pasini v. Party City Corporation*, Case No. 2:17-CV-962-WBS-EFB, to be related.

WHEREAS, given the common issues of fact and law, Medrano, Galassi, Pasini, and Party City (collectively the "Parties") have hereto worked collaboratively on this matter including jointly attending a mediation with Hon. Michael Latin (Ret.) on July 6, 2017 and participating in Party City's Fed. R. Civ. Proc. 30(b) deposition on August 29, 2017.

WHEREAS, Fed. R. Civ. P. 42 allows this Court consolidate "actions involving a common question of law or fact";

WHEREAS, the actions pending before this Court both involve common questions of law and facts and consolidation would help avoid unnecessary cost and delay;

WHEREAS, the current deadline to disclose experts and produce reports in *Anthony Medrano v. Party City Corporation*, Case No 2:16-cv-02996-WBS-EFB is September 8, 2017 and other deadlines will be coming up shortly;

WHEREAS, pursuant to Federal Rule of Civil Procedure 14, Party City now intends to seek leave of the Court to file a third-party complaint against third-parties to be joined in this lawsuit

within the next week;

THEREFORE, the Parties hereby stipulate and request that:

1. The Court consolidate the two pending actions for all purposes;

2. The Court order that all pleadings, motions, and other papers be filed in the Lead Case, *Medrano v. Party City Corporation*, Case No. 2:16-cv-02996-WBS-EFB, with the caption designating Case No. 2:16-cv-02996-WBS-EFB as the Lead Case, and containing the name and number for the remaining case *Pasini v. Party City Corporation*, Case No. 2:17-CV-962-WBS-EFB thereunder, with any such filing deemed to have been filed in all such cases; and

3. All pending deadlines previously set in *Medrano v. Party City Corporation,* Case No. 2:16-cv-02996-WBS-EFB shall apply to the consolidated case and such dates shall be continued by 180 days.

**SO STIPULATED**

DATED: September 7, 2017  Respectfully submitted,

FOX ROTHSCHILD LLP

By: */s/ Andrew W. Russell*
DAVID F. FAUSTMAN
L. PETER RYAN
ANDREW W. RUSSELL
Attorneys for Defendant
PARTY CITY CORPORATION

DATED: September 7, 2017  Respectfully submitted,

GAINES & GAINES, APLC

By: */s/ Daniel Gaines (per confirming email of 9/6/17)*
DANIEL F. GAINES
ALEX P. KATOFSKY
Attorneys for Plaintiffs
ANTHONY MEDRANO and NICOLA GALASSI

DATED: September 7, 2017  Respectfully submitted,

CHANT & COMPANY
A Professional Law Corporation

By: */s/ Chant Yedalian (per confirming email of 9/6/17)*

CHANT YEDALIAN
Attorneys for Plaintiff
JOAN PASANI

**ORDER**

**HAVING CONSIDERED THE STIPULATION OF THE PARTIES, THE COURT ORDERS AS FOLLOWS:**

1. The cases *Anthony Medrano v. Party City Corporation*, Case No 2:16-cv-02996-WBS-EFB and *Joan Pasini v. Party City Corporation*, Case No. 2:17-CV-962-WBS-EFB are hereby consolidated for all purposes;

2. All pleadings, motions, and other papers shall be filed in the Lead Case, *Medrano v. Party City Corporation*, Case No. 2:16-cv-02996-WBS-EFB, with the caption designating Case No. 2:16-cv-02996-WBS-EFB as the Lead Case, and containing the name and number for the remaining case *Pasini v. Party City Corporation*, Case No. 2:17-CV-962-WBS-EFB thereunder, with any such filing deemed to have been filed in all such cases; and

3. All pending deadlines previously set in *Medrano v. Party City Corporation,* Case No. 2:16-cv-02996-WBS-EFB shall apply to the consolidated case and such dates shall be continued by 180 days. The new deadlines shall be as follows:

| | |
|---|---|
| Deadline to Disclose Experts: | March 7, 2018 |
| Deadline to Disclose Rebuttal Expert Witnesses: | April 9, 2018 |
| Discovery Completion Date: | May 8, 2018 |
| Deadline for Filing of All Motions: | June 6, 2018 |
| Final Pretrial Conference: | **August 27, 2018 at 1:30 p.m**. |
| Jury Trial Start Date: | **October 10, 2018 at 9:00 a.m.** |

4. The September 11, 2017 Scheduling Conference now set in Case No. 2:17-CV-962-WBS-EFB is vacated.

**IT IS SO ORDERED.**

Dated: September 7, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE