DANIEL F. GAINES, ESQ. SBN 251488
daniel@gaineslawfirm.com
ALEX P. KATOFSKY, ESQ. SBN 202754
alex@gaineslawfirm.com
MIRIAM L. SCHIMMEL, ESQ. SBN 185089
miriam@gaineslawfirm.com
**GAINES & GAINES, APLC**
27200 Agoura Road, Suite 101
Calabasas, California 91301
Telephone: (818) 703-8985
Facsimile: (818) 703-8984

Attorneys for Plaintiffs ANTHONY MEDRANO and NICOLA GALASSI and Class Counsel

CHANT YEDALIAN, Esq. SBN 222325
chant@chant.mobi
CHANT & COMPANY
A Professional Law Corporation
1010 N. Central Ave.
Glendale, CA 91202
Phone: 877.574.7100
Fax: 877.574.9411

Attorneys for Plaintiff JOAN PASINI and Class Counsel

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MEDRANO and NICOLA GALASSI, individually and on behalf of all similarly situated individuals,<br><br>        Plaintiffs,<br><br>        v.<br><br>PARTY CITY CORPORATION, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants.<br><hr>JOAN PASINI, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>PARTY CITY CORPORATION; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO: 2:16-cv-02996-WBS-EFB [consolidated with CASE NO.: 2:17-CV-962-WBS-EFB]<br><br>**ORDER GRANTING STIPULATION FOR ORDER CONTINUING TRIAL DATE AND ALL RELATED DATES**<br><br>Judge Hon. William B. Shubb<br>Courtroom 5, 14th Floor<br><br>Complaint Filed: November 17, 2016<br>Trial Date: October 10, 2018 |

**[PROPOSED] ORDER GRANTING STIPULATION FOR ORDER CONTINUING TRIAL DATE AND ALL RELATED DATES**

Plaintiffs Anthony Medrano, Nicola Galassi and Joan Pasini ("Plaintiffs") and Defendant Party City Corporation ("Defendant") (jointly, the "Parties"), proposed Stipulation for an Order Continuing the Trial Date and all Related Dates in this matter has been reviewed by the Court and based on the representations therein, is hereby **GRANTED** as follows:

in order to give Cross Defendants time to appear and permit the Parties time to mediate and potentially reach a global settlement, the Parties stipulate and agree, and request that the Court enter an order continuing all dates in this matter by approximately 120 days as follows:

1. The Jury Trial Start Date shall be continued from October 10, 2018 at 9:00 a.m. to **February 5, 2019 at 9:00 a.m.;**

2. The Final Pretrial Conference shall be continued from August 27, 2018 at 1:30 p.m. to **December 3, 2018 at 1:30 p.m.;**

3. The Deadline for Filing of All Motions shall be continued from June 6, 2018 to October 5, 2018;

4. The Discovery Completion Date shall be continued from May 8, 2018 to September 7, 2018;

5. The Deadline to Disclose Rebuttal Expert Witnesses shall be continued from April 9, 2018 to August 9, 2018; and

6. The Deadline to Disclose Expert Witnesses shall be continued from March 7, 2018 to July 6, 2018.

**IT IS SO ORDERED.**

Dated: February 13, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER GRANTING STIPULATION FOR ORDER CONTINUING TRIAL DATE AND ALL RELATED DATES**