DAVID F. FAUSTMAN (SBN 81862)
dfaustman@foxrothschild.com
L. PETER RYAN (SBN 134291)
pryan@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone:     (415) 364-5540
Facsimile:     (415) 391-4436

ANDREW W. RUSSELL (SBN 280669)
arussell@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:     (310) 598-4150
Facsimile:     (310) 556-9828

Attorneys for Defendant and Third-Party
Plaintiff Party City Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MEDRANO and NICOLA GALASSI, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PARTY CITY CORPORATION, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-02996-WBS-EFB<br><br>(CONSOLIDATED WITH *PASINI V. PARTY CITY CORPORATION*, CASE NO. 2:17-CV-00483-WBS-EFB)<br><br>**ORDER EXTENDING TIME FOR AMERICAN EXPRESS COMPANY TO FILE ITS RESPONSIVE PLEADING TO PARTY CITY CORPORATION'S THIRD-PARTY COMPLAINT** |
| AND RELATED CONSOLIDATED ACTION. | |
| PARTY CITY CORPORATION, a Delaware corporation,<br><br>Third-Party Plaintiff,<br><br>v. | |

| | |
|---|---|
| 1 | AMERICAN EXPRESS COMPANY and CAYAN LLC, |
| 2 | Third-Party Defendants. |
| 3 | |

The Court, having reviewed the Stipulation of Defendant and Third-Party Plaintiff Party City Corporation ("Party City") and Third-Party Defendant American Express Company ("American Express"), hereby orders as follows:

1. The Deadline for American Express to file its responsive pleading to Party City's Third-Party Complaint is extended to April 3, 2018.

**IT IS SO ORDERED**

**Dated: February 21, 2018**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE