1 STEPHEN J. NEWMAN (SBN 181570)
snewman@stroock.com
2 **STROOCK & STROOCK & LAVAN LLP**
2029 Century Park East
3 Los Angeles, California 90067
Telephone: (310) 556-5980
4 Facsimile: (310) 556-5959

5 WENDY H. SCHWARTZ (Admitted *pro hac vice*)
wschwartz@binderschwartz.com
6 DANIELLE J. LEVINE (Admitted *pro hac vice*)
dlevine@binderschwartz.com
7 **BINDER & SCHWARTZ LLP**
366 Madison Avenue, 6th Floor
8 New York, New York 10017
Telephone: (212) 510-7239
9 Facsimile: (212) 510-7299

10 Attorneys for Third-Party Defendant
American Express Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MEDRANO and NICOLA GALASSI, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PARTY CITY CORPORATION, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:16-CV-02996-WBS-EFB<br><br>(CONSOLIDATED WITH *PASINI V. PARTY CITY CORPORATION*, CASE NO. 2:17-CV-00483-WBS-EFB)<br><br>**ORDER EXTENDING TIME FOR AMERICAN EXPRESS COMPANY TO FILE ITS RESPONSIVE PLEADING TO PARTY CITY CORPORATION'S THIRD-PARTY COMPLAINT** |
| AND RELATED CONSOLIDATED ACTION. | |
| PARTY CITY CORPORATION, a Delaware corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY and CAYAN LLC,<br><br>Third-Party Defendants. | |

The Court, having reviewed the Stipulation of Defendant and Third-Party Plaintiff Party City Corporation ("Party City") and Third-Party Defendant American Express Company ("American Express"), hereby orders as follows:

1. The Deadline for American Express to file its responsive pleading to Party City's Third-Party Complaint is extended to June 8, 2018.

**IT IS SO ORDERED**

**Dated: March 30, 2018**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE