DANIEL F. GAINES, ESQ. SBN 251488
daniel@gaineslawfirm.com
ALEX P. KATOFSKY, ESQ. SBN 202754
alex@gaineslawfirm.com
MIRIAM L. SCHIMMEL, ESQ. SBN 185089
miriam@gaineslawfirm.com
**GAINES & GAINES, APLC**
27200 Agoura Road, Suite 101
Calabasas, California 91301
Telephone: (818) 703-8985
Facsimile: (818) 703-8984

Attorneys for Plaintiffs ANTHONY
MEDRANO and NICOLA GALASSI and Class Counsel

CHANT YEDALIAN, Esq. SBN 222325
chant@chant.mobi
**CHANT & COMPANY**
**A Professional Law Corporation**
1010 N. Central Ave.
Glendale, CA 91202
Phone: 877.574.7100
Fax: 877.574.9411

Attorneys for Plaintiff JOAN PASINI and Class Counsel

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MEDRANO and NICOLA GALASSI, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PARTY CITY CORPORATION, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>JOAN PASINI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v. | CASE NO: 2:16-cv-02996-WBS-EFB [consolidated with CASE NO.: 2:17-CV-962-WBS-EFB]<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION RE: POST-CERTIFICATION CLASS NOTICE<br><br>Judge Hon. William B. Shubb<br>Courtroom 5, 14th Floor<br><br>Complaint Filed: November 17, 2016<br>Trial Date: February 5, 2019 |

-1-

**[PROPOSED] ORDER GRANTING STIPULATION RE: POST-CERTIFICATION CLASS NOTICE**

| | |
|---|---|
| 1 | PARTY CITY CORPORATION; and DOES 1 through 10, inclusive, |
| 2 | |
| 3 | Defendants. |
| 4 | |

PARTY CITY CORPORATION; and DOES 1 through 10, inclusive,

        Defendants.

Plaintiffs Anthony Medrano, Nicola Galassi, and Joan Pasini's ("Plaintiffs") and Defendant Party City Corporation ("Defendant") (jointly, the "Parties") proposed Stipulation for an Order to send Post-Certification Notice to the Class in this matter has been reviewed by the Court and based on the representations therein, is hereby **GRANTED** as follows:

1. This Court finds that the content of the proposed E-Mail Notice and Postcard Notice to the Class attached as Exhibits A and B to the Stipulation is acceptable;

2. If this case does not settle at mediation on May 18, 2018, or if mediation does not go forward on that date, then by no later than May 21, 2018 American Express shall provide Atticus Administration, LLC ("Atticus") with a list of the Class Members' and relevant corresponding data containing their names, mailing addresses, telephone numbers, e-mail addresses, date of EMV transaction(s) at Defendant's U.S. retail store(s) during the applicable class period, confirmation that either a consumer card or consumer charge card was used, and which store(s) such transaction(s) took place, for all Class Members, to the extent that information is available (the "Class Data"),

3. The Parties and Atticus will treat the Class Data as highly sensitive and confidential information, which will be subject to the provisions and protections of the Protective Order on file in this Action, as well as any other reasonable protections requested by American Express;

4. Atticus shall e-mail the E-Mail Notice to the Class Members for whom American Express possesses an e-mail address, and shall mail, by U.S. Mail, the Postcard Notice to the Class Members for whom American Express possesses no e-mail address by June 12, 2018;

5. Atticus shall maintain a settlement website titled www.PartyCityFACTAClassAction.com (or similar) with a copy of the E-Mail Notice and relevant case documents posted thereon starting on the date the E-Mail Notice is first transmitted

to the Class Members, and continuing until otherwise ordered by the Court;

6. Class Members shall have 60 days after the E-Mail Notice and Postcard Notice are first transmitted by Atticus to make a request for exclusion from the Class in accordance with the methods specified for doing so in the E-Mail Notice;

7. All Class Members who do not submit a timely request for exclusion by the 60-day deadline shall become members of the Class, and Atticus shall transmit the Class Data for these individuals to counsel for the Parties no less than 7 days after the close of the exclusion period; and

8. Plaintiffs shall bear all costs incurred in the dissemination of the E-Mail Notice, the Postcard Notice, and the creation and maintenance of the settlement website.

**IT IS SO ORDERED**.

Dated: April 9, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE