DANIEL F. GAINES, ESQ. SBN 251488
daniel@gaineslawfirm.com
ALEX P. KATOFSKY, ESQ. SBN 202754
alex@gaineslawfirm.com
MIRIAM L. SCHIMMEL, ESQ. SBN 185089
miriam@gaineslawfirm.com
**GAINES & GAINES, APLC**
27200 Agoura Road, Suite 101
Calabasas, California 91301
Telephone: (818) 703-8985
Facsimile: (818) 703-8984

Attorneys for Plaintiffs ANTHONY
MEDRANO and NICOLA GALASSI and Class Counsel

CHANT YEDALIAN, Esq. SBN 222325
chant@chant.mobi
**CHANT & COMPANY**
**A Professional Law Corporation**
1010 N. Central Ave.
Glendale, CA 91202
Phone: 877.574.7100
Fax: 877.574.9411

Attorneys for Plaintiff JOAN PASINI and Class Counsel

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MEDRANO and NICOLA GALASSI, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PARTY CITY CORPORATION, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><hr>JOAN PASINI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v. | CASE NO: 2:16-cv-02996-WBS-EFB [consolidated with CASE NO.: 2:17-CV-962-WBS-EFB]<br><br>**ORDER GRANTING STIPULATION FOR REMAND AND ENFORCEMENT OF POST-CERTIFICATION CLASS NOTICE**<br><br>Judge Hon. William B. Shubb<br>Courtroom 5, 14th Floor<br><br>Complaint Filed: November 17, 2016<br>Trial Date: February 5, 2019 |

-1-

**[PROPOSED] ORDER GRANTING STIPULATION FOR REMAND AND
ENFORCEMENT OF POST-CERTIFICATION CLASS NOTICE**

PARTY CITY CORPORATION; and DOES
1 through 10, inclusive,

         Defendants.

Plaintiffs Anthony Medrano, Nicola Galassi, and Joan Pasini's ("Plaintiffs") and Defendant Party City Corporation ("Defendant") (jointly, the "Parties") proposed Stipulation for an Order to Remand this case to state court and enforce this Court's April 9, 2018 Order regarding Post-Certification Notice to the Class in this matter has been reviewed by the Court. Based on the representations therein, the Parties' Stipulation is hereby **GRANTED** as follows:

1. The *Medrano* Matter is remanded to the Superior Court of the State of California, County of San Joaquin, where it was originally filed.

2. The *Pasini* Matter is dismissed *without* prejudice.

3. The Parties agree that Pasini shall be added as an additional named plaintiff and Class Representative to the *Medrano* Matter by stipulation to be submitted to the Superior Court Judge for approval after the *Medrano* Matter is remanded to Superior Court of the State of California, in and for the County of San Joaquin.

4. The Parties shall submit a stipulation and proposed order to the San Joaquin County Superior Court Judge directing notice to be sent to the Class in the same manner as ordered by this Court within ten (10) days of the Superior Court Judge's order approving the Parties' stipulation in that regard.

**IT IS SO ORDERED**.

Dated: June 15, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER GRANTING STIPULATION FOR REMAND AND
ENFORCEMENT OF POST-CERTIFICATION CLASS NOTICE**